AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**E-FILING**

| | |
|---|---|
| MARC ANKER, M.D., <br> Plaintiff <br> v. <br> LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602 <br> Defendant | ) ) ) ) ) ) ) Civil Action No. **ADR** <br><br> **C08 03017** <br><br> **RMW** <br><br> **HRL** |

## Summons in a Civil Action

To: *(Defendant's name and address)*
1. LIFE INSURANCE COMPANY OF NORTH AMERICA - 1601 Chestnut Street, Philadelphia, PA 19192
2. THE PERMANENTE MEDICAL GROUP, INC. PLAN 602 - 1800 Harrison Street, Floor 7, Oakland, CA 94612

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Shernoff Bidart Darras Echeverria, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
(909) 390-3770

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 6/19/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



American LegalNet, Inc.
www.FormsWorkflow.com