FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com; lmartinez@sbd-law.com

Attorneys for Plaintiff

E-FILING   **Filed**
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANKER, M.D., | Case No. C08 03017 RMW HRL |
| Plaintiff, | PLAINTIFF'S NOTICE OF INTERESTED PARTIES |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602 | |
| Defendants. | |

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. LIFE INSURANCE COMPANY OF NORTH AMERICA; and
2. THE PERMANENTE MEDICAL GROUP, INC. PLAN 602

Dated: June 16, 2008

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

FRANK N. DARRAS
Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF INTERESTED PARTIES

ORIGINAL