FRANK N. DARRAS, ESQ. [128904]
**SHERNOFF BIDART DARRAS ECHEVERRIA, LLP**
3257 EAST GUASTI ROAD, SUITE 300
ONTARIO, CALIFORNIA 91761

TEL. 909.390.3770
FAX: 909.974.2121

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANKER, M.D.,<br>Plaintiff(s)<br>v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.<br>Defendant(s) | CASE NUMBER:<br>C 08 03017 RMW HRL<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(use separate proof of service for each person/party served) |

1. I served the
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
                                                        [ ] second amended complaint
                                                        [ ] third amended complaint

      [X] other (specify): ADDITIONAL DOCUMENTS SERVED ARE LISTED ON ATTACHMENT
   b. on defendant (name): **LIFE INSURANCE COMPANY OF NORTH AMERICA**
   c. by serving  [X] defendant named above  [X] other (print name and title or relationship to person served):
      **Juan De Pablo** of C.T. Corporation System - Registered Agent for Process
   d. [X] by delivery   [ ] at home   [X] at business
      1. date: 06-27-08
      2. time: 1:10 PM
      3. address: 818 West 7th Street, Suite 200-B - Los Angeles, California 90017
   e. [ ] by mailing
      1. date:
      2. place:

2. Manner of service in compliance with: | California Code of Civil Procedure Section 415.10 [Personal Service];
   (check proper box):                    | and California Code of Civil Procedure Section 416.10 [Corporation].

   a. [X] **Personal service.** By personally delivering copies
   b. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** By leaving during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left, or by delivering a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

      **Substituted service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f) except personal delivery.

   c. [ ] **Substituted service on natural person, minor, conservatee or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service).**

    d. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two copies of the form Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    f. ☐ **Other** (specify code section and type of service):

3. Service upon the United States, and Its Agencies, Corporations or Officers.

    a. ☐ by delivering a copy of the summons and complaint to the U.S. Attorney for this district, or to an assistant U.S. Attorney or clerical employee designated by the U.S. Attorney, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service:

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

4. At the time of service, I was at least 18 years of age and not a party to this action.

5. Person serving (name, address and telephone number):

```
Anthony P. Milazzo, RCPS #814
Michael R. Milazzo, RCPS, Inc.
Registered California Process Servers
Post Office Box 1771
Upland, California 91785-1771
909.989.6115

RCPS #193 - San Bernardino County
```

    a. Fee for service: 77.04

    b. ☐ Not a registered California process server

    c. ☐ Exempt from registration under B&P 22350(b)

    d. ☒ Registered California process server [employee]

5. ☒ I declare under penalty of perjury that the foregoing is true and correct.

6. ☐ I am a California sheriff, marshal or constable and I certify that the foregoing is true and correct.

Date: 06-27-08

                                     (signature)

FRANK N. DARRAS, ESQ. [128904]
**SHERNOFF BIDART DARRAS ECHEVERRIA, LLP**
3257 EAST GUASTI ROAD, SUITE 300
ONTARIO, CALIFORNIA 91761

TEL. 909.390.3770
FAX: 909.974.2121

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MARC ANKER, M.D., Plaintiff(s) v. LIFE INSURANCE COMPANY OF NORTH AMERICA, et al. Defendant(s) | CASE NUMBER: C 08 03017 RMW HRL **ATTACHMENT TO PROOF OF SERVICE** SUMMONS AND COMPLAINT (use separate proof of service for each person/party served) |
|---|---|

1. Additional documents served concurrently with the Summons and Complaint are as follows:

   PLAINTIFF'S NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET [JS-44].