| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> **FRANK N. DARRAS #128904** <br> **SHERNOFF BIDART DARRAS ECHEVERRIA, LLP** <br> **3257 East Guasti Road, Suite 300** <br> **Ontario, CA 91761** | TELEPHONE NO.: <br> **(909) 390-3770** <br><br> FAX NO.: <br> **(909) 974-2121** | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: Plaintiff MARC ANKER, M.D. | | |
| Insert name of court, judicial district or branch court, if any: <br> **UNITED STATES DISTRIC COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | | |
| PLAINTIFF: <br> **MARC ANKER, M.D.** | | |
| DEFENDANT: <br> **LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602** | | CASE NUMBER: <br> **C08 03017RMW (HRL)** |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR BENEFITS UNDER A GROUP DISABILITY EMPLOYEE BENEFIT PLAN; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF'S NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET**

ON: **THE PERMANENTE MEDICAL GROUP, INC. PLAN 602**

AT: The Permanente Medical Group, Inc.
1950 Franklin Street, 20th Floor
Oakland, CA 94612-5190

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Ruth Goong, Authorized Agent**

**ON: June 27, 2008**
**AT: 10:40 A.M.**
**Manner of Service: Personal service upon the authorized agent.**

[X] Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

Fee for Service: **$105.00**
County: **San Francisco**
Registration No.: **801**
**Careful Attorney Service**
**681 Harrison Street**
**San Francisco, CA 94107**
**(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 27, 2008**.

Signature: _____
Christopher Lee Jones

## DECLARATION OF SERVICE