1  SEAN P. NALTY (SBN 121253)
   Email: sean.nalty@wilsonelser.com
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH
   AMERICA and THE PERMANENTE MEDICAL
7  GROUP, INC. PLAN 602

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MARC ANKER, M.D.,                    )  Case No.:    C08-03017 RMW (HRL)
                                         )
14              Plaintiff,               )  **STIPULATION TO EXTEND TIME TO**
                                         )  **ANSWER OR OTHERWISE RESPOND**
15       v.                              )  **TO PLAINTIFF'S COMPLAINT**
                                         )
16  LIFE INSURANCE COMPANY OF NORTH      )  Filing Date: 6/19/08
    AMERICA; and THE PERMANENTE          )  Case Management Conference: 10/31/08
17  MEDICAL GROUP, INC. PLAN 602,        )
                                         )
18              Defendants.              )
                                         )

19

20       **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff,

21  Marc Anker, M.D., and Defendants Life Insurance Company of North America and The

22  Permanente Medical Group, Inc. Plan 602, through their attorneys of record, as follows:

23       1.   This matter was filed on June 19, 2008;

24       2.   The matter was served on Defendants on June 27, 2008;

25       3.   Defendants' responsive pleading is currently due on July 25, 2008;

26       4.   The parties have agreed that Defendants may have an extension to a date certain,

27  including August 25, 2008, to answer or otherwise respond to the Complaint herein; and

28
---
1
**STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

USDC NDCA Case #CV08-03017 RMW (HRL)

5.  This is the first extension and does not affect the October 31, 2008 Case Management Conference previously set by this Court. As such, pursuant to Local Rule 6-1, this extension does not require an order from the Court.

Dated: July 21, 2008                    SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


By:  */s/ Frank N. Darras*
　　　FRANK N. DARRAS
　　　Attorneys for Plaintiff
　　　MARC ANKER, M.D.


Dated: July 21, 2008                    WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP


By:  */s/ Sean P. Nalty*
　　　SEAN P. NALTY
　　　Attorneys for Defendants
　　　LIFE INSURANCE COMPANY OF NORTH
　　　AMERICA; and THE PERMANENTE MEDICAL
　　　GROUP, INC. PLAN 602

---

2
**STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

USDC NDCA Case #CV08-03017 RMW (HRL)