1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA
6  and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 MARC ANKER, M.D.,                    )   CASE NO.   CV08-03017 RMW (HRL)
                                        )
12         Plaintiff,                   )   **CERTIFICATE OF SERVICE**
                                        )
13    v.                                )
                                        )
14 LIFE INSURANCE COMPANY OF NORTH      )
   AMERICA; and THE PERMANENTE          )
15 MEDICAL GROUP, INC. PLAN 602,        )
                                        )
16         Defendants.                  )
                                        )
17

18     I am over the age of eighteen years and am not a party to the within cause. I am
   employed in the City and County of San Francisco, California and my business address are 525
19 Market Street, 17th Floor, and San Francisco, California 94105-2725.

20     On this date I served the following document(s) (see Attachment A):

21 **STIPULATION TO EXTEND TIME TO ANSWER OR ORTHERWISE RESPOND TO
                         PLAINTIFF'S COMPLAINT**
22
   on the part(y)(ies) identified below, through their attorneys of record, by placing true copies
23 thereof in sealed envelopes addressed as shown below by the following means of service:

24 *XXXX* :        **By First Class Mail** -- I caused each such envelope, with first class postage
   thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San
25 Francisco, California, for collection to the office of the addressee following ordinary business
   practices.
26

27 ─────────────────────────────────────────
                          1
28                **CERTIFICATE OF SERVICE**
   USDC NDCA Case #CV08-03017 RMW (HRL)
   365535.1 #

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

*XXXX* : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Cesar Gavidia
DELL & SCHAEFER, CHTD.
2404 Hollywood Blvd.
Hollywood, FL 33020
Tel:   (800) 828-7583
Fax:   (800) 531-8971

*Attorney for Plaintiff MARC ANKER, M.D.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 23, 2008**, at San Francisco, California.

_____
Nancy Li

---

2
**CERTIFICATE OF SERVICE**
USDC NDCA Case #CV08-03017 RMW (HRL)
365535.1 #

# Attachment A

```
 1  SEAN P. NALTY  (SBN 121253)
    Email: sean.nalty@wilsonelser.com
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 5
    Attorneys for Defendants
 6  LIFE INSURANCE COMPANY OF NORTH
    AMERICA and THE PERMANENTE MEDICAL
 7  GROUP, INC. PLAN 602
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANKER, M.D., | Case No.:   C08-03017 RMW (HRL) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602, | Filing Date:  6/19/08
Case Management Conference: 10/31/08 |
| Defendants. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff, Marc Anker, M.D., and Defendants Life Insurance Company of North America and The Permanente Medical Group, Inc. Plan 602, through their attorneys of record, as follows:

 1. This matter was filed on June 19, 2008;

 2. The matter was served on Defendants on June 27, 2008;

 3. Defendants' responsive pleading is currently due on July 25, 2008;

 4. The parties have agreed that Defendants may have an extension to a date certain, including August 25, 2008, to answer or otherwise respond to the Complaint herein; and

---

1

**STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

5.   This is the first extension and does not affect the October 31, 2008 Case Management Conference previously set by this Court. As such, pursuant to Local Rule 6-1, this extension does not require an order from the Court.

Dated: July 21, 2008      SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


By:  /s/ *Frank N. Darras*
     FRANK N. DARRAS
     Attorneys for Plaintiff
     MARC ANKER, M.D.


Dated: July 21, 2008      WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP


By:  /s/ *Sean P. Nalty*
     SEAN P. NALTY
     Attorneys for Defendants
     LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602

---

2
**STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

USDC NDCA Case #CV08-03017 RMW (HRL)

**Other Documents**
5:08-cv-03017-RMW Anker v. Life Insurance Company of North America et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Nalty, Sean entered on 7/22/2008 5:52 PM and filed on 7/22/2008
**Case Name:**     Anker v. Life Insurance Company of North America et al
**Case Number:**   5:08-cv-3017
**Filer:**         Life Insurance Company of North America
                   The Permanente Medical Group, Inc. Plan 602
**Document Number:** 7

**Docket Text:**
**STIPULATION *to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint* by Life Insurance Company of North America, The Permanente Medical Group, Inc. Plan 602. (Nalty, Sean) (Filed on 7/22/2008)**

**5:08-cv-3017 Notice has been electronically mailed to:**

Frank N. Darras     fdarras@sbd-law.com, catherine@sbd-law.com, lmartinez@sbd-law.com

Lissa Anne Martinez     lmartinez@sbd-law.com

Sean Patrick Nalty     sean.nalty@wilsonelser.com, marylisette.meyer@wilsonelser.com

**5:08-cv-3017 Notice has been delivered by other means to:**

Cesar Gavidia
Dell & Schaefer, Chtd
2404 Hollywood Blvd
Hollywood, FL 33020

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\Scanned Documents\09856 - CIGNA\Anker\Stipulation to Extend Time to Respond to Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/22/2008] [FileNumber=4551699-0]
[6981debbea23c794ac7b62ecc24290ca5e845891b84015012c1a0eec4ab6fe03e8b9e
b30a47b65f36074d997f1822ffdf9f7c620c02421de97de6a3a2706fcaa]]