*E-FILED - 3/5/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANKER, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and THE PERMANENTE MEDICAL GROUP, INC. PLAN 602<br><br>Defendant | Case No: C08-03017 RMW (HRLx)<br><br>ORDER RE DISMISSAL |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 3/5/09

*Ronald M. Whyte*
RONALD M. WHYTE
Judge of the U.S. District Court

ORDER RE DISMISSAL